IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Oscar Fernandez, Individually and as Administrator of the Estate of Isidro Fernandez,<br><br>        Plaintiff(s),<br><br>vs.<br><br>Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; John H. Tyson; Noel W. White; Dean Banks; Stephen R. Stouffer; Tom Brower; Mary A. Oleksiuk; Elizabeth Croston; Tom Hart; Hamdija Beganovic; James Hook; Ramiz Muheljic; Missia Abad Bernal; and John/Jane Does 1-10,<br><br>        Defendant(s). | CASE NO. 20-cv-02079-MAR<br><br>MOTION TO APPEAR<br>PRO HAC VICE |

Christopher S. Coleman, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendants. Christopher S. Coleman states that he is a member in good standing of the bar of the State of Arizona, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

**Christopher S. Coleman**, further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Kevin J. Driscoll, an

149927391.1

attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who will enter an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

Dated: October 27, 2020  s/ Christopher S. Coleman
Christopher S. Coleman
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602-351-8000
Email: CColeman@perkinscoie.com

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF ARIZONA

_____

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

## *CHRISTOPHER C. COLEMAN*

*was on the 18th day of October, 1997 was duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 22nd day of October, 2020.*

*JANET JOHNSON, Clerk*

*By _____*
*Liz Gomez*
*Deputy Clerk II*

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **CHRISTOPHER C. COLEMAN** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 18, 1997 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this October 19, 2020.

_____
Mark Wilson
Disciplinary Clerk