# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| Oscar Fernandez Individually and as Administrator of the Estate of Isidro Fernandez, <br><br> Plaintiff, <br><br> v. <br><br> Tyson Foods, Inc., Tyson Fresh Meats, Inc., John H. Tyson, Noel W. White, Dean Banks, Stephen R. Stouffer, Tom Brower, Mary A. Oleksiuk, Elizabeth Croston, Tom Hart, Hamdija Beganovic, James Hook, Ramiz Muheljic, Missia Abad Bernal; and John/Jane Does 1-10, <br><br> Defendants. | Case No. 6:20-cv-02079 <br><br> **PLAINTIFF'S MOTION TO REMAND** |

Plaintiffs, through counsel, respectfully request, for the reasons set forth in the Brief filed contemporaneously herewith, that the Court remand this action to the District Court for Black Hawk County, Iowa.

DATED this 2nd day of November, 2020.

                            _/s/ Thomas P. Frerichs_____
                            Thomas P. Frerichs (AT0002705)
                            Frerichs Law Office, P.C.
                            106 E. 4th Street, P.O. Box 328
                            Waterloo, IA 50704-0328
                            319.236.7204 / 319.236.7206 (fax)
                            tfrerichs@frerichslaw.com

                            John J. Rausch
                            Rausch Law Firm, PLLC
                            3909 University Ave., P.O. Box 905
                            Waterloo, IA 50704-0905
                            319.233.3557 / 319.233.3558 (fax)
                            rauschlawfirm@dybb.com

Mel C. Orchard, III (admitted *pro hac vice*)
G. Bryan Ulmer, III (admitted *pro hac vice*)
Gabriel Phillips (admitted *pro hac vice*)
The Spence Law Firm, LLC
15 S. Jackson Street
P.O. Box 548
Jackson, WY 83001
307.337.1283 / 307.337.3835 (fax)
orchard@spencelawyers.com
ulmer@spencelawyers.com
phillips@spencelawyers.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2020, a true and correct copy of the above and foregoing Plaintiff's Motion to Remand was served via CM/ECF Electronic Transmission on the following:

Kevin J. Driscoll
**Finley Law Firm, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Email: kdriscoll@finleylaw.com

Christopher S. Coleman
**Perkins Coie LLP**
2901 N. Central Avenue
Suite 2000
Phoenix, Arizona 85012
Email: CColeman@perkinscoie.com

Mary Gaston
**Perkins Coie LLP**
1201 Third Avenue
 Suite 4900
Seattle, Washington 98101-3099
Email: MGaston@perkinscoie.com

*Attorneys for Defendants Tyson Foods, Inc.
and Tyson Fresh Meats, Inc.*

                                              */s/ Thomas P. Frerichs*
                                              Thomas P. Frerichs
                                              Frerichs Law Office, P.C.