# ATTACHMENT A

| | |
|---|---|
| From: | Mika, Matt |
| To: | Penry, Charles; Masters, Barbara |
| Subject: | CISA and DHS |
| Date: | Sunday, March 15, 2020 10:14:37 AM |

Barb – below are the contacts at DHS we should be chatting with. Let us know what else you need.

Please feel free to reach out.

Matt

**Matthew Mika,** Director
Government Relations
**Tyson Foods, Inc.**
Office (202) 393-3921 or Desk (479) 290-1106 or Cell (202) 222-5719
Matt.Mika@tyson.com

**From:** Wieczorek, Erin <Erin.Wieczorek@cisa.dhs.gov>
**Sent:** Sunday, March 15, 2020 1:01 PM
**To:** Mika, Matt <Matt.Mika@tyson.com>; ROBERLC4 <ROBERLC4@dni.gov>
**Cc:** Kroese, Daniel <Daniel.Kroese@cisa.dhs.gov>
**Subject:** [EXTERNAL] - Re: Friday Call Follow-Up

Matt - nice to virtually meet you...

Rob - appreciate the connection

Daniel Kroese, the Deputy Assistant Director for NRMC, is the place to go for all things NRMC! He is cced on this email and is standing by.

Reach out any time!

Thanks,
Erin

Erin Buechel Wieczorek
Director, Office of Legislative Affairs
Cybersecurity and Infrastructure Security Agency (CISA)
U.S. Department of Homeland Security (DHS)
(703) 235-2080 – office
(202) 819-2612 – mobile
EMAIL: erin.wieczorek@cisa.dhs.gov

**From:** Mika, Matt <Matt.Mika@tyson.com>

**Sent:** Sunday, March 15, 2020 11:30 AM
**To:** ROBERLC4; Wieczorek, Erin
**Subject:** RE: Friday Call Follow-Up

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks Rob!

Erin – Barb Masters, VP Regulatory Policy Food & Agriculture was on the call on Friday and has some follow, we are trying to find out who the right person to connect with for our company.

Matt

**Matthew Mika,** Director
Government Relations
**Tyson Foods, Inc.**
Office(202) 393-3921 or Desk(479) 290-1106 or Cell(202) 222-5719
Matt.Mika@tyson.com


**From:** ROBERLC4 <ROBERLC4@dni.gov>
**Sent:** Sunday, March 15, 2020 11:01 AM
**To:** 'erin.wieczorek@cisa.dhs.gov' <erin.wieczorek@cisa.dhs.gov>
**Cc:** Mika, Matt <Matt.Mika@tyson.com>
**Subject:** [EXTERNAL] - Friday Call Follow-Up

Hi Erin - Connecting you with Matt Mika, DIR Gov't Relations for Tyson Foods. He was on the call Friday, and is looking to connect with NRMC on prioritization of precautionary measures for critical infrastructure components. Can you point him in the right direction?

Matt - Erin is CISA's Leg Chief. She's top notch and knows the org inside and out, will have no trouble connecting you with the right folks.

Thanks,
Coop
202-705-6758 (mobile)

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any

use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.