# ATTACHMENT B

| From: | Kiecker, Paul - FSIS |
|---|---|
| To: | Masters, Barbara |
| Subject: | [EXTERNAL] - RE: Thanks and Update |
| Date: | Friday, March 13, 2020 8:50:02 AM |
| Attachments: | image001.png |

I called the number below and a male answered. I have your number listed as 304 268-8128. I called that but it does not identify the owner of the phone and I did not leave a message. Just want to verify your correct number. 8128 is also in your signature line.

Thanks,

Paul Kiecker
Deputy Administrator
Food Safety and Inspection Service
1400 Independence Avenue, SW
Room 331-E, J.L. Whitten Building
Washington, DC 20250
Office: 202 720-7025
Cell: 608 628-8297
paul.kiecker@usda.gov


**From:** Masters, Barbara <Barbara.Masters@tyson.com>
**Sent:** Friday, March 13, 2020 11:28 AM
**To:** Kiecker, Paul - FSIS <paul.kiecker@usda.gov>
**Subject:** Thanks and Update

Paul

Thanks for the call yesterday! We look forward to seeing the Agency's pandemic plan. We too are confident that FSIS has the ability to handle this crisis. We are committed to our communication with FSIS field personnel. We also wanted you to know that we will keep an open line of communication with your office. Alison Griffino has been communicating closely with Phil and will continue to do so. I will be available and prepared to answer questions you may have. I wanted to make sure that you and I have an open line of communication in case you have questions or need to reach someone at Tyson!!! I will be available on my cell 304- 268- 8129. Please call with any questions or if you need to reach any of us!

Tyson is committed to keeping our team members safe but also ensuring we keep a safe food supply available...

Thanks again and please let me know if I can be of any help!

Barb

**Barb Masters, DVM**



VP Regulatory Policy, Food and Agriculture
Law Department

**Tyson Foods**
1000 F Street NW, Ste. 600
Washington, DC 20004

(mobile) 304-268-8128
(desk) 479-290-1348
barbara.masters@tyson.com

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.