# ATTACHMENT E

| From: | Masters, Barbara |
|---|---|
| To: | Courson, Rusty |
| Subject: | FW: Tyson Foods PPE/Sanitation Needs |
| Attachments: | image002.png |
| | PPE and sanitization needs Tyson.xlsx |

We sent this to FEMA as a needs request...

**From:** Masters, Barbara
**Sent:** Wednesday, April 1, 2020 4:30 PM
**To:** Penry, Charles <Charles.Penry@tyson.com>; Mika, Matt <Matt.Mika@tyson.com>
**Subject:** FW: Tyson Foods PPE/Sanitation Needs

.

If our overall needs come up – this is what we sent – the N95 masks identified here – 25,000 are for healthcare – our nurses have always used them – same amount as pre-Covid-19
NITRILE exam gloves 9we can find latex but need nitrile due to allergies) - 106,000 (we usually use 6000 in a month)
Infrared thermometers - we requested 2000

Then the issue of 116,000 protective face coverings that are of sanitary design that won't become a foreign object – and on behalf of the whole industry FSIS inspection personnel would be 9000/day



**Barb Masters, DVM**

VP Regulatory Policy, Food and Agriculture
Law Department

**Tyson Foods**
1000 F Street NW, Ste. 600
Washington, DC 20004

(mobile) 304-268-8128
(desk) 479-290-1348
barbara.masters@tyson.com

**please identify quantity of goods needed for next 30 days of operation; please do not identify items that you already have on hand

Your Organization: _____  Date: _____

| Item | State(s) | Quantity to meet Federal Regulation | Please Specify Regulatory Requirement | Quantity to meet State Regulation | Please Specify Regulatory Requirement | Quantity to meet Local Regulation | Please Specify Regulatory Requirement | Quantity to meet Buyer/Food Supplier Requirements | Quantity to obtain normal course of operations (per month) | Quantity due to Voluntary COVID-19 precautionary | Quantity Needed (Next 30 days) | Total Items Used Same Time Last Year | Are there alternatives products or practices available? Would you need regulatory flexibility in order to implement an identified alternative? If so, please specify the applicable regulation. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Definitions | States or Regions requiring this item. Optional detail: can be broken out 1-row per state if possible | Quantity needed due to federal regulatory requirement (worker safety, food safety, other protection) | | Quantity needed due to state regulatory requirement (worker safety, food safety, other protection) | | Quantity needed due to local regulatory requirement (worker safety, food safety, other protection) | | Quantity needed due to buyer/food supplier requirement (worker safety, food safety, other protection) | Quantity needed due to standard voluntary company practice (worker safety, food safety, other protection) | Quantity needed due to voluntary company practice for COVID-19 precautions (worker safety, food safety, other protection) | Total Quantity Needed for next 30 days of operation (should sum Columns F,G,I,K,L,M) Calculated | Quantity of item used in normal 30 days of operation during this period (same-time-last-year) | |
| *EXAMPLE: N95 masks* | *GA, NY, MI* | *50* | | *25* | | *25* | | *25* | *25* | *25* | *175* | *1000* | |
| Nitrile Exam Gloves | | | | | | | | | 6000 | 100000 | 106000 | 6000 | |
| N95 Masks | | | | | | | | | 25000 | | 25000 | 25000 | |
| Infrared Thermometers | | | | | | | | | | 2000 | 2000 | 0 | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |

| From: | Masters, Barbara |
|---|---|
| To: | Penry, Charles; Mika, Matt |
| Subject: | Fwd: [EXTERNAL] - RE: Tyson Foods PPE/Sanitation Needs Follow-up Based on CDC Call Yesterday |
| Attachments: | image002.png |

We are at least being heard. I said thanks for now.

Begin forwarded message:

> **From:** "SM.OSEC.Foodsupplychain" <Foodsupplychain@usda.gov>
> **Date:** April 3, 2020 at 7:15:23 PM EDT
> **To:** "Masters, Barbara" <Barbara.Masters@tyson.com>
> **Cc:** "Beal, Mary Dee - OSEC, Washington, DC" <MaryDee.Beal@usda.gov>
> **Subject: [EXTERNAL] - RE: Tyson Foods PPE/Sanitation Needs Follow-up Based on CDC Call Yesterday**
>
> Hi Barb –
>
> I apologize for the delay replying to this. I want to let you know that USDA did work to communicate this message throughout this week on behalf of the food supply chain.
>
> We are taking every action to inform FEMA of the need for PPE in the food supply chain and build considerations for the food supply chain into their greater supply chain efforts.
>
> I've copied my email address here. Please don't hesitate to reach out if you'd like to discuss Tyson's next steps after the WH announcement today or any other issues related to the food supply chain.
>
> Mary Dee Beal
>
> **From:** Masters, Barbara <Barbara.Masters@tyson.com>
> **Sent:** Tuesday, March 31, 2020 1:24 PM
> **To:** SM.OSEC.Foodsupplychain <Foodsupplychain@usda.gov>
> **Subject:** Tyson Foods PPE/Sanitation Needs Follow-up Based on CDC Call Yesterday
>
> We appreciate the opportunity to make you aware of critical PPE supply shortages to will share with FEMA. We understand that you do not have access to the supplies and are not ensuring our access but trying to better advise FEMA where critical needs are most urgently required to ensure worker safety and protect the food supply. After we submitted our request yesterday, we became aware that CDC may be reversing their position on protective face coverings, especially for critical infrastructure workers. We understand they may suggest some type of protective facial covering (less than

required for health care workers) to protect employees from respiratory droplets.

If this becomes reality, we (and all of the critical infrastructure) will need these supplies. If CDC makes this a recommendation, we will be compelled to provide this additional protection to our employees. In absence of supply, our critical infrastructure business (and likely) much of the food supply would not be able to operate without the necessary PPE. We currently have 116,000 team members that would require these protective facial coverings on a daily basis. Obviously, depending on the durability and re-usability of the equipment and the length of time needed this would determine the total demand by our company.



**Barb Masters, DVM**

VP Regulatory Policy, Food and Agriculture
Law Department

**Tyson Foods**
1000 F Street NW, Ste. 600
Washington, DC 20004

(mobile) 304-268-8128
(desk) 479-290-1348
barbara.masters@tyson.com

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.